```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 03430
     MAURICE N BROOKS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
     SSN XXX-XX-1541


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/15/2008 and was not confirmed.

     The case was dismissed without confirmation 04/30/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
AAA CHECKMATE LLC          UNSECURED          1345.06          .00           .00
BROTHER LOAN & FINANCE C   UNSECURED          1444.36          .00           .00
MIDWESTERN FINANCIAL COR   SECURED VEHIC      7982.00          .00           .00
NAVY EXCHANGE SERVICE CO   UNSECURED            70.39          .00           .00
AMERICAS FINANCIAL CHOIC   UNSECURED           367.26          .00           .00
CITY OF BLUE ISLAND        UNSECURED        NOT FILED          .00           .00
GLOBAL PAYMENTS            UNSECURED        NOT FILED          .00           .00
INTERNAL REVENUE SERVICE   UNSECURED        NOT FILED          .00           .00
NICOR GAS                  UNSECURED        NOT FILED          .00           .00
NISSAN FINANCING           UNSECURED        NOT FILED          .00           .00
USA PAYDAY LOAN            UNSECURED        NOT FILED          .00           .00
VILLAGE OF BELLWOOD        UNSECURED           950.00          .00           .00
CITY OF CALUMET CITY       UNSECURED        NOT FILED          .00           .00
MIDWESTERN FINANCIAL COR   UNSECURED        NOT FILED          .00           .00
JOE RIZZA                  SECURED NOT I         .00           .00           .00
HELLER & RICHMOND~         DEBTOR ATTY       3,050.00                        .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                       --------------         --------------
TOTALS                       .00                      .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 03430 MAURICE N BROOKS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
    Dated: 07/22/08                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 08 B 03430 MAURICE N BROOKS
```